**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-1543**

MAURICE KING,

Plaintiff - Appellant,

versus

MONTGOMERY COUNTY CIRCUIT COURT,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Deborah K. Chasanow, District Judge. (CA-05-00721-DKC)

Submitted:  August 18, 2005              Decided: August 23, 2005

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Maurice King, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Maurice King appeals the district court's order dismissing his complaint filed under the Americans with Disabilities Act of 1990. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>King v. Montgomery County Circuit Ct.</u>, No. CA-05-00721-DKC (D. Md. filed Mar. 22, 2005 & entered Mar. 23, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>